LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| RICKY LEE ALEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No.  EDCV 21-00533 SK<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of NINE HUNDRED SIXTY-ONE AND 95/100 ($961.95) subject to the terms of the stipulation.

DATE:  June 10, 2021     _____
　　　　　　　　　　　　HON. STEVE KIM,
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE